UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUELLA PEHLKE, Individually and as Special Administrator of the Estate of FRANK PEHLKE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CBS Corporation,<br><br>Defendant. | Case No.: 12−cv−00596<br><br>Honorable Virginia M. Kendall |

**Motion to Strike Untimely 26a(1) and (2) Disclosures**

Plaintiff moves this Court to strike CBS's May 20, 2016 Rule 26(a)(1) and (2) disclosures as untimely.

This Court by minute order entered on February 10, 2016, set an April 1, 2016 "deadline by which parties may amend disclosures and reports under Federal Rule of Civil Procedure 26(a)(2)." (ECF Doc #38.) The February 10 order also specified: "Amendments may not add new or additional expert opinions." (ECF Doc #38.)

Plaintiff timely made Rule 26(a)(2) supplemental disclosures on April 1, 2016. (Ex.1.) Fifty days after the court ordered deadline, CBS on May 20, 2016, disclosed documents to Plaintiff purporting to amend and supplement "Rule 26(a)(1) and 26(a)(2) disclosures." (Exs. 2-5.)

The untimely CBS filing included five new 26(a)(2) witnesses[1] and 16 supplemental pages added to the original 22 page report by industrial hygienist Kyle Dotson. (Cf. Ex 4 and 5 v. Ex 2 and 3.) The untimely filing also violates other terms in the February 10 order. Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, a scheduling order "may be modified only for good cause and with the judge's consent." CBS filed no motion to modify or show good cause.

Before filing this motion, Plaintiff requested by email that CBS withdraw the May 20, 2016 Rule 26(a) disclosures as untimely. No response has been received.

Relief Requested

This Court should strike CBS's May 20, 2016, Rule 26 disclosures.

Dated: May 27, 2016

  /s/ Daniel B. Hausman_____
Attorney for Plaintiff

Daniel B. Hausman
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
dhausman@cvlo.com

---

[1] The same five witnesses were also newly disclosed as Rule 26(a)(1) witnesses although the court order made no provision for adding Rule 26(a)(1) witnesses.

**Certificate of Service**

      I hereby certify that on May 27, 2016, I caused the forgoing to be electronically filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated: May 27, 2016

_/s/ Daniel B. Hausman_____
Attorney for Plaintiff

Daniel B. Hausman
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
dhausman@cvlo.com