**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Luella C Pehlke

                              Plaintiff,

v.                                                       Case No.: 1:12–cv–00596
                                                              Honorable Virginia M. Kendall

A.O. Smith Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 31, 2016:

       MINUTE entry before the Honorable Virginia M. Kendall. Depending upon Daubert Motion that is to be filed by 7/1/2016, Court schedules Daubert hearings for both 8/1/2016 and 8/2/2016. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.