**CASCINO VAUGHAN LAW OFFICES, LTD**
**220 SOUTH ASHLAND**
**CHICAGO, ILLINOIS**
**60607-5308**
**312-944-0600**

MICHAEL P. CASCINO (IL)
ALLEN D. VAUGHAN (IL)
ROBERT G. McCOY (WI, IL)
DANIEL B. HAUSMAN (IL)

*By CM/ECF system*
June 20, 2016

Judge Virginia M. Kendall
Everett McKinley Dirksen United States Courthouse, Chambers 2378
219 South Dearborn Street
Chicago, IL 60604

Re: *Pehlke v. CBS Corp.* Case Number 12-cv-596, Plaintiff's Motion to Strike Rule 26 Disclosures and *Daubert* Hearing

Dear Judge Kendall:

    I write to inform the Court that counsel for Plaintiff and CBS have consulted and come to an agreement on *Daubert* and disclosure matters. Plaintiff withdraws her "Motion to Strike Untimely 26a(1) and (2) Disclosures." (ECF Doc #51.)

    Plaintiff and CBS have agreed on a proposed schedule for the *Daubert* hearing if acceptable to the Court. The *Daubert* motion deadline is July 1 and the hearing is August 1 and 2, 2016. CBS will proceed on *Daubert* motions for Plaintiff experts James Huttner, Samuel Wineman, Ken Garza. Plaintiff will file a *Daubert* motion about Defense expert Ray McMullen. The parties propose the hearing begin at 10 AM on both August 1 and August 2 and believe it will last about 4-5 hours each day. On August 1 James Huttner will be the first witness called and Samuel Wineman will be the second. On August 2, Ken Garza will be the first witness called and Ray McMullen will be the second.

    The parties would appreciate the Court's input as to any changes needed in the proposed schedule to accommodate the Court's schedule.

Sincerely,

/ Daniel Hausman/

Daniel Hausman
Attorney for Plaintiff

**Certificate of Service**

      I hereby certify that on June 20, 2016 I caused the forgoing to be electronically filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which automatically sends all necessary notifications of this filing to CM/ECF participants in this case.


 /s/ Daniel Hausman
Attorney for Plaintiff

Daniel Hausman
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
dhausman@cvlo.com