**CASCINO VAUGHAN LAW OFFICES, LTD**
**220 SOUTH ASHLAND**
**CHICAGO, ILLINOIS**
**60607-5308**
**312-944-0600**

MICHAEL P. CASCINO (IL)
ALLEN D. VAUGHAN (IL)
ROBERT G. McCOY (WI, IL)
DANIEL B. HAUSMAN (IL)

*By CM/ECF system*
July 13, 2016

Judge Virginia M. Kendall
Everett McKinley Dirksen United States Courthouse, Chambers 2378
219 South Dearborn Street
Chicago, IL 60604

Re: *Pehlke v. CBS Corp.* Case Number 12-cv-596, *Daubert* Hearing Schedule

Dear Judge Kendall:

  I write to inform of the new scheduling arrangement worked out by the parties based on updated information the Court provided at the status last week about the days of August 2 and 3, 2016, now being available. The four *Daubert* witnesses were originally scheduled on August 1 and September 1.

  The parties now propose the hearing begin at 10 AM on August 2 and August 3. On August 2, Plaintiffs' experts James Huttner followed by Samuel Wineman will testify. On August 3, Ray McMullen (CBS witness) will be the witness called. Plaintiff was not able to reschedule Ken Garza for August 2 or 3. He will testify on the date for which he was already scheduled of September 1 beginning at 10:00 am.

  Please advise if this scheduling is not convenient for the Court.

Sincerely,

/ Daniel Hausman/

Daniel Hausman
Attorney for Plaintiff

**Certificate of Service**

      I hereby certify that on July 13, 2016 I caused the forgoing to be electronically filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which automatically sends all necessary notifications of this filing to CM/ECF participants in this case.

 /s/ Daniel Hausman
Attorney for Plaintiff

Daniel Hausman
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
dhausman@cvlo.com