IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUELLA C. PEHLKE, Individually and as Special Administrator of the Estate of FRANK PEHLKE, JR., Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:12-cv-00596 |
| CBS CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

### CBS CORPORATION'S MOTION TO EXCLUDE PLAINTIFF'S REFERENCE TO AND RELIANCE UPON "SQUARE D ARC CHUTE BLOW-OUT STUDY" PREPARED BY MAS, LLC, OR IN THE ALTERNATIVE, TO ALLOW TESTIMONY OF DR. LONGO

NOW COMES Defendant, CBS Corporation, a Delaware Corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "CBS Corporation"), by and through is attorneys, Foley & Mansfield, P.L.L.P., and respectfully requests that this Court bar Plaintiff from making any reference to or allowing her experts to rely upon the document entitled "Square D Arc Chute Blow-Out Study" prepared by MAS, Inc. In the alterative, CBS Corporation requests that this Court permit Dr. William Longo to testify in rebuttal of this evidence.

During the hearing on Thursday, Sept. 1, 2016, on Defendant CBS Corporation's Motion In Limine to Bar Plaintiff's Expert, Kenneth Garza, counsel for Plaintiff proffered an exhibit not previously disclosed as a document on which Mr. Garza might rely: "Square D Arc Chute Blow-Out Study" prepared by Mike Mount of MAS, LLC, dated April, 2010. It is one of the "unpublished literature" documents upon which Mr. Garza relied in expressing his opinions in that hearing. *See* "Square D Arc Chute Blow-Out Study," marked as Plaintiffs' Exhibit 20 during

that hearing, and attached hereto as Exhibit A. This document was not disclosed as Reliance Material by Mr. Garza in his previous reports of record in this case. *See* the four Garza reports, dated 10/12/2011, 10/19/2015, 11/1/2015 and 4/1/2016, attached as Exhibit B.

Pursuant to an Agreement of Counsel, each side disclosed which "unpublished reports or documents" it expected to use in this Hearing. No disclosure was ever made by Plaintiff that this study was one upon which Mr. Garza would rely. As a consequence, CBS Corporation was prejudiced, in that it was not given notice and was not prepared to substantively cross examine Mr. Garza about this unpublished hearsay study.

Defendant CBS Corporation requests this Court exclude this document from use at trial, and that Mr. Garza be excluded from using and relying upon this document in his testimony and opinions; or, in the alternative, that CBS Corporation be allowed to call an additional witness, Dr. William Longo of MAS LLC, under whose supervision it was prepared, to address the propriety and scientific validity of using the study for the purposes sought by Plaintiff and Mr. Garza. CBS Corporation has prepared a brief disclosure of Dr. Longo for that purpose, which is contained in its Pre-Trial Witness List.

        Respectfully submitted,

        **FOLEY & MANSFIELD, P.L.L.P**.

        */s/ William C. Foote*
William C. Foote     #6199467
wfoote@foleymansfield.com
101 S. Hanley Road, Suite 600
St. Louis, MO 63105
Tel: (314) 925-5700
Fax: (314) 925-5701

Lawrence D. Wilson
LDWilson@ewhlaw.com
William Harvard
WHarvard@ewhlaw.com
Evert Weathersby Houff
3455 Peachtree Road NE, Suite 1550
Atlanta, GA 30326
Tel: (678) 651-1200
Fax: (678) 651-1201

**Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and is available for viewing and downloading from the CM/ECF system. The forgoing documents was served upon all counsel of record via the CM/ECF system on this 9th day of September, 2016.

                    */s/ William C. Foote*