UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUELLA PEHLKE, Individually and as Special Administrator of the Estate of FRANK PEHLKE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CBS Corporation,<br><br>Defendant. | Case No.: 12−cv−00596<br><br>Honorable Virginia M. Kendall |

**Joint Proposed Voir Dire Questions**

Pursuant to Court order made during the September 23, 2016 pretrial conference, parties jointly file the following proposed voir dire questions:

1. Do any of you have any fixed opinions concerning exposure to asbestos and its potential health effects?

2. Do any of you know someone who had an asbestos caused disease or who has brought a lawsuit for health problems as a result of an asbestos caused disease?

3. Do you have any knowledge about mesothelioma or other asbestos disease from tv, newspapers, magazines, internet, radio, scientific publications, or books?

Dated: September 27, 2016


  /s/ Daniel B. Hausman_____

Attorneys for Plaintiff

1

Daniel B. Hausman
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
dhausman@cvlo.com

**Certificate of Service**

I hereby certify that on September 27, 2016, I caused the forgoing to be electronically filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated: September 27, 2016

  /s/ Daniel B. Hausman_____

Attorney for Plaintiff

Daniel B. Hausman
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
dhausman@cvlo.com